**AT&T WIRELESS PCS, INC., Plaintiff–Appellant,**

v.

**CITY OF ATLANTA, Atlanta City Council, et al., Defendants–Appellees.**

**No. 00–15885.**

United States Court of Appeals, Eleventh Circuit.

Sept. 13, 2001.

G. Wayne Hillis, Jr., Erika C. Birg, Parker, Hudson, Rainer & Dobbs, Atlanta, GA, Carter G. Phillips, Sidley & Austin, Washington, DC, for Plaintiff–Appellant.

ORDER:

The parties have filed a "Notice of Stipulation of Dismissal of Appeal." In accord with well-settled principles established by the Supreme Court in *United States v. Munsingwear, Inc.,* 340 U.S. 36, 71 S.Ct. 104, 95 L.Ed. 36 (1950), the appeal is DISMISSED and the case is REMANDED to the district court with instructions to DISMISS.

SO ORDERED.